UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| FEDERAL INSURANCE COMPANY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:08-cv-1576-DFH-DML |
| | ) |
| MERIDIAN FINANCIAL ADVISORS, | ) |
| LTD., et al., | ) |
| | ) |
| Defendants. | ) |

ENTRY VACATING TEMPORARY RESTRAINING ORDER

After hearing from all parties in a hearing on November 25, 2008, the court

hereby VACATES the temporary restraining order issued on November 20, 2008.

The court takes this action for reasons stated on the record in open court.  The

court will treat the defense brief filed on November 24, 2008 as a motion to

dismiss for lack of jurisdiction and/or for abstention.


So ordered.


Date: November 25, 2008

_David F. Hamilton_
DAVID F. HAMILTON, CHIEF JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Jeffrey Allen Baldwin
BALDWIN DAKICH & MAXWELL
jbaldwin@iquest.net,sflatford@iquest.net

David Berardinelli
DeFOREST KOSCELNIK YOKITIS KAPLAN & BERARDINELLI
berardinelli@dkykb.com,deforest@dkykb.com

Michael E. Brown
KIGHTLINGER & GRAY
mbrown@k-glaw.com,mmoor@k-glaw.com

Charles C. Lemley
WILEY REIN LLP
clemley@wileyrein.com,bgraves@wileyrein.com

Jeffrey C. McDermott
KRIEG DEVAULT LLP
jmcdermott@kdlegal.com,lsmiley@kdlegal.com

Ginny L. Peterson
KIGHTLINGER & GRAY
gpeterson@k-glaw.com

Bernard Lowell Pylitt
KATZ & KORIN P.C.
bpylitt@katzkorin.com,hmaclaughlin@katzkorin.com

Stephen S. Stallings
DREIER LLP
436 Seventh Avenue
Suite 1000
Pittsburgh, PA 15219

Robert M. Barnes
Marcus & Shapira, LLP
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, Pennsylvania  15219